FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 DEC 19 PM 1:38

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 4:04CR3024 |
| vs. ) | ORDER |
| MARTIN PEDRAZA, ) a/k/a JUAN POLINO-CORONADO, ) | |
| Defendant. ) | |

The government has moved to dismiss the indictment filed against Martin Pedraza, a/k/a Juan Polino-Coronado, filing ___. Accordingly, said indictment against Martin Pedraza, a/k/a Juan Polino-Coronado is dismissed without prejudice.

IT IS SO ORDERED this 19th day of December, 2006.

BY THE COURT:

_____
United States ~~District Judge~~ Magistrate Judge